# United States Bankruptcy Court

Eastern District of New York  
271 Cadman Plaza East, Suite 1595  
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−08−48275−jf |
| Hilal Khalil Homaidan<br>aka Helal K Homaidan | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−1414 | |
| DEBTOR(s) | |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Gregory Messer (Trustee) is discharged as trustee of the estate of the above−named debtor(s).

- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Jerome Feller<br>
United States Bankruptcy Judge

Dated: March 5, 2010

**BLfnld7** [Final Decree rev 08/07/06]

# CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: dcarter-e              Page 1 of 1                   Date Rcvd: Mar 05, 2010
Case: 08-48275                Form ID: 205                 Total Noticed: 2

The following entities were noticed by first class mail on Mar 07, 2010.
db           +Hilal Khalil Homaidan,    9 Montrose Ave.,    1A,   Brooklyn, NY 11211-7491
smg          +Diana Adams,    Office of the United States Trustee,    271 Cadman Plaza East,
               Brooklyn, NY 11201-1833

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 07, 2010**                          **Signature:**    *Joseph Speetjens*