| Information to identify the case: | |
|---|---|
| Debtor 1: Hilal Khalil Homaidan<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–1414<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Eastern District of New York | Date case filed for chapter: 7   12/4/08 |
| Case number: 1–08–48275–ess | |

# ORDER TO CLOSE REOPENED CASE

It appearing that the petition filed by the above–named debtor(s) was reopened by an order of this court.

**IT IS ORDERED THAT:**

    The Chapter 7 case of the above–named debtor(s) is closed.

s/ Elizabeth S. Stong<br>United States Bankruptcy Judge

Dated: April 30, 2024

Set forth all names, including trade names, used by the debtor(s) within the last 6 years (BR1005). For joint debtors set forth both social security numbers.

**BLoclreop1.jsp**[Order to Close Reopened Case rev 02/01/17]